UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


BRIAN BROWN,

        Petitioner,

v.

UNITED STATES OF AMERICA,

        Respondent.

_____/

Criminal No.  07-20303-02

Civil No.  11-13603

HONORABLE AVERN COHN


## **JUDGMENT**


For the reasons stated in the Memorandum and Order entered and filed on this date,

petitioner's Motion to Vacate Sentence Under 28 U.S.C. §2255 is DENIED and judgment

is entered in favor of the respondent.



                               DAVID WEAVER


Dated: December 22, 2011             By: s/Julie Owens_____
                               Deputy Clerk




I hereby certify that a copy of the foregoing document was mailed to Brian Brown,
40971039, Fairton, Federal Correctional Institution,  Inmate Mail/Parcels,  P.O. BOX
420, Fairton, NJ 08320 and  the attorneys of record on this date, December 22, 2011,
by electronic and/or ordinary mail.


                               S/Julie Owens_____
                               Case Manager, (313) 234-5160